UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON. <br><br> Plaintiff, <br><br> v. <br><br> ALEXIS FICKENWORTH PENA, et al., <br><br> Defendants. | No. 2:22-cv-01025-TLN-CKD <br><br> **ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On October 4, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not objected to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2022 (ECF No. 9), are ADOPTED IN FULL;

2. This action is DISMISSED for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b); and

1

3.  The Clerk of the Court is directed to close this case.

**DATED: December 15, 2022**

_____
Troy L. Nunley
United States District Judge

2